UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| GREGORY EDWARD KIRCHNER, ) | Civil Action No. 0:20-cv-03810-BHH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

AND NOW, this 7th day of October 2021, upon consideration of Defendant's Motion to Remand and any Plaintiff's consent thereto, it is hereby

ORDERED that Defendant's Motion is GRANTED.  This case shall be remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) and Plaintiff shall be offered the opportunity for a new hearing relating to the period from and after August 15, 2017.

                                                             s/Bruce H. Hendricks
                                                             United States District Judge

Charleston, South Carolina